THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINSTON R. REEL, Appellant.—

Present— Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.